IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTIAN D BORGWALD,

    Petitioner,

v.                                                   CASE NO. 3:15-cv-63-LC-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 22, 2017 (ECF No. 34). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The Motion to Dismiss, ECF No. 16, is **GRANTED.** The Petition, ECF No. 7, is **DISMISSED** as time-barred and alternatively **DENIED** on the merits.  A Certificate of Appealability is **DENIED.**

**DONE AND ORDERED** this 13th day of June, 2017.

　　　　　　　　　　s/*L.A. Collier*
　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**